# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MARIN,<br><br>        Petitioner,<br><br>     v.<br><br>M. MARTEL, Warden,<br><br>        Respondent. | Case No. CV 08-2071-FMC (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: January 23, 2009

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE